STROOCK & STROOCK & LAVAN LLP
Steven B. Pokotilow (SP-2215)
Laura Goldbard George (LG-1494)
180 Maiden Lane
New York, NY 10038-4982
212-806-5400
*Attorneys For Plaintiff*
*Charles Revson Inc.*

**07 CV 3888**

**JUDGE PRESK**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
CHARLES REVSON INC.                  :
                                     :   ECF Case
                 Plaintiff,          :
                                     :   Civil Action No.
     vs.                             :
                                     :
ELEMIS LIMITED                       :   **RULE 7.1 STATEMENT**
                                     :
                 Defendant.          :
------------------------------X

MAY 17 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Charles Revson Inc. (a private non-governmental party) certifies that Charles Revson Inc. is a wholly owned subsidiary of Revlon Consumer Products Corporation, which is a wholly owned subsidiary of Revlon Inc., which is publicly held.

Stroock & Stroock & Lavan LLP
*Attorneys for Plaintiff*
*Charles Revson Inc.*
180 Maiden Lane
New York, New York
(212) 806-5400

Dated: May 17, 2007

BY: _____
Steven B. Pokotilow
Laura Goldbard George

SSL-DOCS1 1807162v1