

ABELMAN, FRAYNE & SCWAB
Lawrence E. Abelman (LA- 6486)
Ned W. Branthover (NB-6230)
666 Third Avenue
New York, NY 10017
212-949-9022
*Attorneys for Defendant
  Elemis Limited*

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D. N. Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
CHARLES REVSON INC.,

                Plaintiff

     - v -

ELEMIS LIMITED

                Defendants
-----------------------------------------------------X

Civil Action No. 07-CV-3888 (LAP)

**STIPULATION**

     The parties in the above captioned action, by and through their attorneys, hereby stipulate and agree to extend Defendant Elemis Limited's ("Elemis") date to answer or otherwise move as to the Complaint from July 27, 2007 to August 3, 2007.

Dated:  July 24, 2007

By: /s/ Laura Goldbard
Steven B. Pokotilow (SP-2215)
Laura Goldbard George (LG-1494)
Stroock & Stroock & Lavan LLP
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: spokotilow@stroock.com

By: /s/ Ned W. Branthover
Lawrence E. Abelman (LA 6486)
Ned W. Branthover (NB 6230)
Abelman, Frayne & Schwab
Attorneys for Defendant
666 Third Avenue
New York, New York 10017-5621
Telephone: (212) 949-9022
Facsimile: (212) 949-9190
Email: nwbranthover@lawabel.com

SO ORDERED:

/s/ Loretta A. Preska
July 26, 2007