ABELMAN, FRAYNE & SCWAB
Lawrence E. Abelman (LA- 6486)
Ned W. Branthover (NB-6230)
666 Third Avenue
New York, NY 10017
212-949-9022
*Attorneys for Defendant*
 *Elemis Limited*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------X
CHARLES REVSON INC.,                    :
                                        :
                    Plaintiff           :    Civil Action No. 07-CV-3888 (LAP)
                                        :
        - v -                           :
                                        :    **STIPULATION**
ELEMIS LIMITED                          :
                                        :
                    Defendants          :
------------------------------------------------X

The parties in the above captioned action, by and through their attorneys, hereby stipulate and agree to extend Defendant Elemis Limited's ("Elemis") date to answer or otherwise move as to the Complaint from August 3, 2007 to August 17, 2007.

Dated:  August 1, 2007

By: *[signature]*                              By: *[signature]*
Steven B. Pokotilow (SP-2215)                   Lawrence E. Abelman (LA 6486)
Laura Goldbard George (LG-1494)                 Ned W. Branthover (NB 6230)
Stroock & Stroock & Lavan LLP                   Abelman, Frayne & Schwab
Attorneys for Plaintiff                         Attorneys for Defendant
180 Maiden Lane                                 666 Third Avenue
New York, New York 10038-4982                   New York, New York 10017-5621
Telephone: (212) 806-5400                       Telephone: (212) 949-9022
Facsimile: (212) 806-6006                       Facsimile: (212) 949-9190
Email: spokotilow@stroock.com                   Email: nwbranthover@lawabel.com

**SO ORDERED:**

*[signature]*
August 7, 2007