ABELMAN, FRAYNE & SCWAB
Lawrence E. Abelman (LA- 6486)
Ned W. Branthover (NB-6230)
666 Third Avenue
New York, NY 10017
212-949-9022
*Attorneys for Defendant*
  *Elemis Limited*



LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D. N. Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
CHARLES REVSON INC., :
                                    :
              Plaintiff             :   Civil Action No. 07-CV-3888 (LAP)
                                    :
         - v -                      :
                                    :   **STIPULATION**
ELEMIS LIMITED                      :
                                    :
              Defendants            :
------------------------------------X

The parties in the above captioned action, by and through their attorneys, hereby stipulate and agree to extend Defendant Elemis Limited's ("Elemis") date to answer or otherwise move as to the Complaint from August 17, 2007 to August 31, 2007.

Dated:   August 10, 2007

By: _____            By: _____
Steven B. Pokotilow (SP-2215)            Lawrence E. Abelman (LA 6486)
Laura Goldbard George (LG-1494)          Ned W. Branthover (NB 6230)
Stroock & Stroock & Lavan LLP            Abelman, Frayne & Schwab
Attorneys for Plaintiff                  Attorneys for Defendant
180 Maiden Lane                          666 Third Avenue
New York, New York 10038-4982            New York, New York 10017-5621
Telephone: (212) 806-5400                Telephone: (212) 949-9022
Facsimile: (212) 806-6006                Facsimile: (212) 949-9190
Email: spokotilow@stroock.com            Email: nwbranthover@lawabel.com

SO ORDERED:

_____
August 13, 2007