David Donahue (DD 5808)
Betsy C. Judelson (BJ 1107)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax:(212) 813-5901

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CHARLES REVSON, INC.,                                       :
                        Plaintiff,                          :   Civil Action No. 07-CV-3888 (LAP)
            v.                                              :
                                                            :   **NOTICE OF APPEARANCE OF**
ELEMIS LIMITED,                                             :   **DAVID DONAHUE**
                        Defendant.                          :
                                                            :
                                                            :
------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-captioned action as attorney for Defendant Elemis Limited and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York         FROSS ZELNICK LEHRMAN & ZISSU, P.C.
        August 24, 2007

                                      /s/ddonahue/
                                   David Donahue (DD 5808)

                                   866 United Nations Plaza
                                   New York, New York 10017
                                   Telephone: (212) 813-5900
                                   Fax:(212) 813-5901
                                   Email: Ddonahue@frosszelnick.com

                                   *Attorneys for Defendant Elemis Limited*

{F0097030.1 }