David Donahue (DD 5808)
Betsy C. Judelson (BJ 1107)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax:(212) 813-5901

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
CHARLES REVSON, INC.,                                         :
                        Plaintiff,                            :   Civil Action No. 07-CV-3888 (LAP)
            v.                                                :
                                                              :   **NOTICE OF APPEARANCE OF**
ELEMIS LIMITED,                                               :   **BETSY C. JUDELSON**
                        Defendant.                            :
                                                              :
                                                              :
-------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-captioned action as attorney for Defendant Elemis Limited and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York           FROSS ZELNICK LEHRMAN & ZISSU, P.C.
         August 24, 2007

                                       /s/bjudelson/
                                       Betsy C. Judelson (BJ 1107)

                                     866 United Nations Plaza
                                     New York, New York 10017
                                     Telephone: (212) 813-5900
                                     Fax:(212) 813-5901
                                     Email:  bjudelson@frosszelnick.com

                                     *Attorneys for Defendant Elemis Limited*

{F0097082.1 }