UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07
```

------------------------------------X

CHARLES REVSON, INC.,

                Plaintiff,

    v.

ELEMIS LIMITED,

                Defendant.

Civil Action No. 07-CV-3888 (LAP)

**STIPULATION**

------------------------------------X

The parties in the above captioned action, by and through their undersigned

attorneys, hereby stipulate and agree to extend Defendant Elemis Limited's time to

answer or otherwise move with respect to the Complaint from August 31, 2007 to

September 14, 2007.

Dated: August 24, 2007

STIPULATED and AGREED to by:

STROOCK & STROOCK & LAVAN LLP    FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____        By: _____
Steven B. Pokotilow (SP 2215)        David Donahue (DD 5808)
Laura Goldbard George (LG 1494)     Betsy C. Judeison (BJ 1107)

180 Maiden Lane                  866 United Nations Plaza
New York, New York 10038-4982      New York, New York 10017
Telephone: (212) 806-5400          Telephone: (212) 813-5900
Fax: (212) 806-6006                Fax:(212) 813-5901
Email. spokotilow@stroock.com      Email: ddonahue@frosszelnick.com

*Attorneys for Plaintiff*                  *Attorneys for Defendant*

SO ORDERED:

_____ 8/29/2007
Dated:
**LAURA TAYLOR SWAIN U.S.D.J.** Part I

(F0080087 : )