UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES REVSON, INC., <br><br> Plaintiff, <br> v. <br> ELEMIS LIMITED, <br><br> Defendant. <br><br> ELEMIS LIMITED, <br><br> Counterclaim-Plaintiff, <br> v. <br> CHARLES REVSON, INC., <br><br> Counterclaim-Defendant. | Civil Action No. 07-CV-3888 (LAP) <br><br> **DEFENDANT/COUNTERCLAIM-PLAINTIFF'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant/Counterclaim-Plaintiff Elemis Limited certifies that Elemis Limited is a wholly owned subsidiary of Cosmetics Limited, which is a wholly owned subsidiary of Steiner Leisure Limited. Steiner Leisure Limited is a publicly held company.

Dated: New York, New York
September 14, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    David Donahue (DD 5808)
    Betsy C. Judelson (BJ 1107)

866 United Nations Plaza
New York, NY 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendant/Counterclaim-Plaintiff Elemis Limited*

{F0098598.1 }