# EXHIBIT A

# STEDMAN'S Medical Dictionary

### 26th Edition

## ILLUSTRATED IN **COLOR**



**Williams & Wilkins**
Baltimore · Philadelphia · Hong Kong
London · Munich · Sydney · Tokyo
A WAVERLY COMPANY



*Editor:* Marjory Spraycar
*Senior Editor:* Elizabeth Randolph
*Editorial Assistant:* Maureen Barlow Pugh
*Copy Editors:* Christopher Muldor, Jane Sellman, Barbara Werner
*On-Line Editors:* Kathryn J. Cadle, Barbara L. Ferretti, Catherine N. Kelly, Leslie Simpson
*Editorial Proofreaders:* Peter W. Binns, Jolanta Obrebska, Carol Sorgen
*Medical Proofreaders:* Alfred Jay Bollet, M.D.; John H. Dirckx, M.D.; Thomas W. Filardo, M.D.; Robert Hogan, M.D.; Edward Stim, M.D.
*Database Programmers:* Dennis P. Smithers, Dave Marcus, Lexi-Comp Inc., Hudson, OH
*Production Coordinator:* Paula K. Huber
*Printing Coordinator:* Brian Smith
*Illustration Planning:* Wayne J. Hubbel
*Design:* Robert C. Och, Dan Pfisterer
*Cover Design:* Sharon Reuter, Reuter & Associates

Copyright © 1995
Williams & Wilkins
351 W. Camden Street
Baltimore, MD 21201, USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982, 24th ed.; 1990, 25th ed.



All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Williams & Wilkins.

Indications, adverse reactions and dosage schedules for drugs set forth in this dictionary are provided by the authors. Williams & Wilkins has not independently verified the accuracy of that information and does not make any representation in regard to its accuracy. The reader should review the package information data of the manufacturers of the medications mentioned.

*Database design by Lexi-Comp Inc., Hudson, OH*
*Printed in the United States of America by R.R. Donnelley & Sons Company*

| English Language Co-editions | Translated Editions | |
|---|---|---|
| Asian 1967, 1972, 1976 | Greek 1976 | Portuguese 1976, 1995 |
| Indian 1967, 1973 | Indian 1977 | Spanish 1993 |
| Taiwan 1972, 1978 | Japanese 1977, 1985, 1995 | |

Library of Congress Cataloging-in-Publication Data

Stedman, Thomas Lathrop, 1853-1938.
   [Medical dictionary]
   *Stedman's* medical dictionary.—26th ed.
     p. cm.
   ISBN 0-683-07922-0 REGULAR EDITION
   ISBN 0-683-07935-2 DELUXE EDITION
   1. Medicine—Dictionaries.   I. Title.   II. Title: Medical dictionary.
   [DNLM:  1. Dictionaries, Medical.  W 13 S812m 1995]
R121.58 1995
610'.3—dc20
DNLM/DLC
for Library of Congress

p. media′lis tu′beris calca′nei [NA], SYN medial *process* of calcaneal tuberosity.
p. muscula′ris cartila′ginis arytenoi′dei [NA], SYN muscular *process* of arytenoid cartilage.
p. orbita′lis [NA], SYN orbital *process*.
p. palati′nus [NA], SYN palatine *process*.
p. papilla′ris [NA], SYN papillary *process*.
p. paramastoi′deus [NA], SYN paramastoid *process*.
p. poste′rior cartila′ginis sep′ti na′si [NA], SYN posterior *process* of septal cartilage.
p. poste′rior ta′li [NA], SYN posterior *process* of talus.
p. pterygoi′deus [NA], SYN pterygoid *process*.
p. pterygospino′sus [NA], SYN pterygospinous *process*.
p. pyramida′lis [NA], SYN pyramidal *process*.
p. ra′vii, SYN anterior *process* of malleus.
p. retromandibula′ris, SYN retromandibular *process* of parotid gland.
p. retromandibula′ris glan′dulae paroti′dis, SYN retromandibular *process* of parotid gland.
p. sphenoida′lis [NA], SYN sphenoid *process* of palatine bone.
p. sphenoida′lis cartila′ginis sep′ti na′si [NA], SYN posterior *process* of septal cartilage.
p. spino′sus [NA], SYN sphenoidal *spine*.
p. styloi′deus os′sis metacarpa′lis III [NA], SYN styloid *process* of third metacarpal bone.
p. styloi′deus os′sis tempora′lis [NA], SYN styloid *process* of temporal bone.
p. styloi′deus ra′dii [NA], SYN styloid *process* of radius.
p. styloi′deus ul′nae [NA], SYN styloid *process* of ulna.
p. supraepicondyla′ris hu′meri [NA], SYN supracondylar *process*.
p. tempora′lis [NA], SYN temporal *process*.
p. transver′sus [NA], SYN transverse *process*.
p. trochleariform′is, SYN p. cochleariformis.
p. trochlea′ris, SYN peroneal *trochlea* of calcaneus.
p. uncina′tus os′sis ethmoida′lis [NA], SYN uncinate *process* of ethmoid bone.
p. uncina′tus pancrea′tis [NA], SYN uncinate *process* of pancreas.
p. vagina′lis os′sis sphenoida′lis [NA], SYN vaginal *process* of sphenoid bone.
p. vagina′lis peritone′i, SYN p. vaginalis of peritoneum.
p. vaginalis of peritoneum, a peritoneal diverticulum in the embryonic lower anterior abdominal wall that traverses the inguinal canal; in the male it forms the tunica vaginalis testis and normally loses its connection with the peritoneal cavity; a persistent p. vaginalis in the female is known as the canal of Nuck. SYN Nuck's diverticulum, p. vaginalis peritonei, vaginal process of peritoneum, vaginal process of testis.
p. vermifor′mis, SYN vermiform *appendix*.
p. voca′lis cartila′ginis arytenoi′dei [NA], SYN vocal *process* of arytenoid cartilage.
p. xiphoi′deus [NA], SYN xiphoid *process*.
p. zygomat′icus maxil′lae [NA], SYN zygomatic *process* of maxilla.
p. zygomat′icus os′sis fronta′lis [NA], SYN zygomatic *process* of frontal bone.
p. zygomat′icus os′sis tempora′lis [NA], SYN zygomatic *process* of temporal bone.

ro·chei·lia, pro·chi·lia (prō-kī′lē-ă). Protruding lips. [pro- + G. *cheilos*, lip]
ro·chei·lon, pro·chi·lon (prō-kī′lon). SYN labial *tubercle*.
ro·chi·ral (prō-kī′ral). Refers to an atom in a molecule (usually a carbon atom) that would become chiral if one of two identical substituents is replaced by a new ligand; *i.e.*, an atom that has two enantiotopic groups linked to it. For example, carbon-1 of ethanol is a prochiral carbon.
ro·chi·ral·i·ty (prō-ki-ral′i-tē). The property of being prochiral.
ro·chlor·per·a·zine (prō-klōr-per′ă-zēn). 2-Chloro-10-[3-(1-methyl-4-piperazinyl)propyl]phenothiazine; a phenothiazine compound similar in structure, actions, and uses to chlorpromazine; used as a tranquilizer and antiemetic; available as the edisylate for oral and intramuscular administration and as the maleate for oral administration.

pro·chon·dral (prō-kon′drăl). Denoting a developmental stage prior to the formation of cartilage. [pro- + G. *chondros*, cartilage]
pro·chor·dal (prō-kōr′dăl). Located cephalic to the notochord. SYN prechordal.
pro·chy·mo·sin (prō-kī′mō-sin). The precursor of chymosin. SYN chymosinogen, pexinogen, prorennin, renninogen, rennogen.
pro·ci·den·tia (pros-i-den′shē-ă, prō′si-). A sinking down or prolapse of any organ or part. [L. a falling forward, fr. *procido*, to fall forward]
p. u′teri, SEE *prolapse* of the uterus.
**pro·col·la·gen (prō-kol′ă-jen). Soluble precursor of collagen formed by fibroblasts and other cells in the process of collagen synthesis; unstable type III p. is associated with Ehlers-Danlos syndrome type IV.**
p. aminoproteinase, an extracellular enzyme that participates in the processing of collagen, removing the extension peptide at the amino-terminal end of p.
p. carboxyproteinase, an extracellular enzyme that participates in the processing of collagen, removing the extension peptide at the carboxy-terminal end of p.
pro·con·ver·tin (prō-kon-ver′tin). SYN *factor* VII.
pro·cre·ate (prō′krē-āt). To beget; to produce by the sexual act; said usually of the male parent. [L. *pro-creo*, pp. *-creatus*, to beget]
pro·cre·a·tion (prō-krē-ā′shŭn). SYN reproduction (2).
pro·cre·a·tive (prō′krē-ā-tiv). Having the power to beget or procreate.
△ proct-. SEE procto-.
proc·ta·gra (prok-tag′ră). Obsolete term for proctalgia. [proct- + G. *agra*, a seizure]
proc·tal·gia (prok-tal′jē-ă). Pain at the anus, or in the rectum. SYN proctodynia, rectalgia. [proct- + G. *algos*, pain]
p. fu′gax, painful spasm of the muscle about the anus without known cause; probably a neurosis. SYN anorectal spasm.
proc·ta·tre·sia (prok-tă-trē′zē-ă). SYN anal *atresia*. [proct- + G. *a*- priv. + *trēsis*, a boring]
proc·tec·ta·sia (prok′tek-tā′zē-ă). Rarely used term for dilation of the anus or rectum. [proct- + G. *ektasis*, extension]
proc·tec·to·my (prok-tek′tō-mē). Surgical resection of the rectum. SYN rectectomy. [proct- + G. *ektomē*, excision]
proc·ten·clei·sis, proc·ten·cli·sis (prok-ten-klī′sis). Obsolete term for proctostenosis. [proct- + G. *enkleisis*, enclosure]
proc·teu·ryn·ter (prok-tū-rin′ter). Obsolete term for an inflatable bag for dilating the rectum. [proct- + G. *eurynō*, to dilate, fr. *eurys*, wide]
proc·ti·tis (prok-tī′tis). Inflammation of the mucous membrane of the rectum. SYN rectitis. [proct- + G. *-itis*, inflammation]
chronic ulcerative p., SYN idiopathic p.
epidemic gangrenous p., a generally fatal disease affecting chiefly children in the tropics, characterized by gangrenous ulceration of the rectum and anus, accompanied by frequent watery stools and tenesmus. SYN bicho, caribi, Indian sickness.
idiopathic p., probably a variant of ulcerative colitis involving the rectum; some cases progress to involve the remainder of the colon as well. SYN chronic ulcerative p.
△ procto-, proct-. Anus; (more frequently) rectum; Cf. recto-. [G. *prōktos*]
proc·to·cele (prok′tō-sēl). Prolapse or herniation of the rectum. SYN rectocele. [procto- + G. *kēlē*, tumor]
proc·to·cly·sis (prok-tok′li-sis). Slow continuous administration of saline solution by instillation into the rectum and sigmoid colon. SYN Murphy drip, rectoclysis. [procto- + G. *klysis*, a washing out]
proc·to·coc·cy·pexy (prok-tō-kok′si-pek-sē). Suture of a prolapsing rectum to the tissues anterior to the coccyx. SYN rectococcypexy. [procto- + G. *kokkyx*, coccyx, + *pēxis*, fixation]
proc·to·co·lec·to·my (prok′tō-kō-lek′tō-mē). Surgical removal

of the rectum together with *kolon*, colon, + *ektomē*, proc·to·co·li·tis (prok′tō-
proc·to·co·lo·nos·co·py of interior of rectum and *skopeō*, to view]
proc·to·col·po·plas·ty of a rectovaginal fistula. *plastos*, formed]
proc·to·cys·to·cele (prok der into the rectum. [pro
proc·to·cys·to·plas·ty of a rectovesical fistula. formed]
proc·to·cys·tot·o·my (p bladder from the rectum incision]
proc·to·de·al (prok′tō-de
proc·to·de·um, pl. pro ectodermally lined depre to the terminal part of proctodeal ectoderm ar plate. When this epitheli external orifices are esta tion of the insect alime (area of malpighian tub certain diptera (flies) ar tubular anterior intestin rectum, ending at the an the way, fr. *hodos*, a wa
proc·to·dyn·ia (prok′tō *odynē*, pain]
proc·to·el·y·tro·plas·ty for proctocolpoplasty. *plastos*, formed]
proc·to·log·ic (prok′tō-
proc·tol·o·gist (prok-tol
proc·tol·o·gy (prok-tol′ the anus and rectum a study]
proc·to·pa·ral·y·sis (p leading to incontinence
proc·to·per·i·ne·o·pla surgery of the anus a rectoperineorrhaphy. [
proc·to·per·i·ne·or·rh proctoperineoplasty.
proc·to·pexy (prok′tō- rectum. SYN rectopexy.
proc·to·pho·bia (pro′ disease. SYN rectophob
proc·to·plas·ty (prok′ rectum. SYN rectoplast
proc·to·ple·gia (prok′ tum occurring with pa
proc·to·pol·y·pus (pro
proc·top·to·sia, proc lapse of the rectum an
proc·tor·rha·gia (pro a bloody discharge fr burst forth]
proc·tor·rha·phy (pr ed rectum or anus. s suture]
proc·tor·rhea (prok-t rectum. [procto- + G.
proc·to·scope (prok′ scope. [procto- + G. Tuttle's p., a tubula extremity; after intro glass window is inser