# EXHIBIT B

# PROCOLLAGEN

**CTFA Monograph ID:** 5649

**CN Translation:**

原胶原

**Definition:** Procollagen is the precursor of Collagen (q.v.). It contains N-terminal and C-terminal telopeptides which provide the template for the construction of the triple-helix during synthesis.

**Chemical Class(es):** Protein Derivatives

**Function(s):** Hair Conditioning Agent; Skin-Conditioning Agent - Miscellaneous

**Ingredient Source:** Animal

**Reported Product Categories:** Body and Hand Preparations (Excluding Shaving Preparations); Foundations

**Trade Name(s):**
Solu-Coll P (Arch Personal Care Products)
Solu-Mar P (Arch Personal Care Products)

**International Cosmetic Ingredient Dictionary and Handbook, 11th Edition, Printed Edition Page Number:** 1954

**Cross References:** See note below regarding entries, and links.
**International Buyers' Guide(1)**
These hypertext links will activate when associated electronic books are purchased.

Copyright © 2006 CTFA