STROOCK & STROOCK & LAVAN LLP
Steven B. Pokotilow (SP-2215)
Laura Goldbard George (LG-1494)
180 Maiden Lane
New York, NY 10038-4982
212-806-5400
*Attorneys For Plaintiff*
   *Charles Revson Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
                                                 :
CHARLES REVSON INC.                              :   ECF Case
                                                 :
                     Plaintiff,                  :   Civil Action No. 07 CV 3888 (LAP)
                                                 :
        vs.                                      :   **Notice of Appearance**
                                                 :
ELEMIS LIMITED                                   :
                                                 :
                     Defendant.                  :
                                                 :
------------------------------------------------ X
                                                 :
ELEMIS LIMITED                                   :
                                                 :
                                                 :
                     Counterclaim-Plaintiff,     :
                                                 :
        vs.                                      :
                                                 :
CHARLES REVSON INC.                              :
                     Counterclaim-Defendant.     :
                                                 :
                                                 :
------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Laura Goldbard George, a partner of the firm of

Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as

SSL-DOCS1 1844979v1

co-counsel in addition to Steven B. Pokotilow in the above-captioned action on behalf of Plaintiff, Charles Revson Inc.

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400

By:   : s/ *Laura Goldbard George*
      Steven B. Pokotilow (SP-2215)
      Laura Goldbard George (LG-1494)

Dated:   New York, New York
          September 19, 2007