RECEIVED
NOV C 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

---

CHARLES REVSON INC.,

    Plaintiff,

v.

ELEMIS LIMITED,

    Defendant.

---

Civil Action No. 07-CV-3888 (LAP)

STIPULATION OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

The Parties to this matter, having resolved all claims and counterclaims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety, including all counterclaims, pursuant to both Fed. R. Civ. P. 41(a)(1).

Each party shall bear its own costs and attorneys' fees.

Dated: November 8, 2007
New York, New York

| Attorneys for Plaintiff and Counterclaim Defendant CHARLES REVSON INC. | Attorneys for Defendant and Counterclaim Plaintiff ELEMIS LIMITED |
|---|---|
| _/s/ For Laura Goldbard_ | _/s/_ |
| Steven B. Pokotilow (SP-2215) | David Donahue (DD-5808) |
| Laura Goldbard (LG-1494) | Betsy C. Judelson (BJ-1107) |
| STROOCK & STROOCK & LAVAN LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| 180 Maiden Lane | 866 United Nations Plaza |
| New York, New York 10038 | New York, New York 10017 |
| (212) 806-5400 (T) | (212) 813-5900 (T) |
| (212) 806-6006 (F) | (212) 813-5901 (F) |

SO ORDERED: _The Clerk of the Court shall mark this action closed and all pending motions denied as moot._

Dated: _November 12, 2007_

_Loretta A. Preska_
Hon. Loretta A. Preska, U.S.D.J.

{F0127676.1}